1:94-cr-10043-JBM     # 24     Page 1 of 1

PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

**E-FILED**
Thursday, 31 August, 2006 02:15:51 PM
Clerk, U.S. District Court, ILCD

# United States District Court

For The

**CENTRAL DISTRICT OF ILLINOIS**

UNITED STATES OF AMERICA

     v.　　　　　　　　　　　　　　　　Crim. No.　94-10043-001

GEORGE YATES

    It appearing that the above-named defendant was released from the U.S. Bureau of Prisons and commenced his term of supervised release on September 24, 2001. On August 2, 2006, the above-named defendant died at Methodist Medical Center in Peoria, Illinois. I therefore recommend that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

                         Respectfully submitted,

                         s/JAMES M. COUR

                            JAMES M. COUR
                          U.S. Probation Officer

## ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    Dated this  31st  day of August, 2006.

                         s/Joe B. McDade

                    HONORABLE JOE BILLY McDADE
                       United States District Judge